UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JOHN WRIGHT,

        Plaintiff,

v.                                          Case No. 8:17-cv-650-T-24 TBM

NANCY A. BERRYHILL, Acting
Commissioner of the United States
Social Security Administration,

        Defendant.
_____/

## O R D E R

      This cause comes before the Court for consideration of Plaintiff's complaint seeking

review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1).

This complaint was considered by the United States Magistrate Judge, pursuant to a specific

order of referral.  Magistrate Judge McCoun has filed his report recommending that the

Commissioner's decision be reversed and remanded.  (Doc. No. 19).  All parties were furnished

copies of the Report and Recommendation and were afforded the opportunity to file objections

pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.  Upon consideration of the

Report and Recommendation, and upon this Court's independent examination of the file, it is

determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED AND ADJUDGED** that

        (1)     The Magistrate Judge's Report and Recommendation (Doc. No. 19) is

               adopted and incorporated by reference in this Order of the Court.

(2)     The decision of the Commissioner of the United States Social Security

Administration is **REVERSED AND REMANDED** for further

proceedings before the Commissioner consistent with the Report and

Recommendation of the Magistrate Judge.

(3)     The Clerk is directed to enter judgment in favor of Plaintiff and to close

the case.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of February, 2018.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun, III
Counsel of Record