UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN WRIGHT,

    Plaintiff,

v.                                               Case No. 8:17-cv-650-T-24 JSS

NANCY BERRYHILL,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion for Award of Attorney's Fees. (Doc. No. 22). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Sneed has filed her report recommending that Plaintiff be awarded $1,303.56 in attorney's fees. (Doc. No. 24). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 24) is adopted and incorporated by reference in this Order of the Court.

(2) Plaintiff's Motion for Award of Attorney's Fees (Doc. No. 22) is **GRANTED**.

(3) Plaintiff is awarded $1,303.56 in fees, payable to Plaintiff, which shall be mailed to Plaintiff's attorney at 685 1st Avenue North, St. Petersburg, Florida 33701.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of May, 2018.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record